Hugo Moreno, Trustee;
Jason Abraham-El, Trustee
c/o 2554 Lincoln Blvd #412
Venice, California 90291
info@venicekush.com

*In Eorum Propria Personas*



FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY kmH DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime Moreno as an individual and also dba LA CBD LLC, a California Limited Liability Company; and also dba AMERICAN CANNABIS COMPANY, a California Corporation; and also dba VENICE KUSH #C3747812, a suspended California Corporation; and also dba VENICEKUSH BRAND LLC entity #202100611073, a California Limited Liability Company; Alfredo Maximilliano as an individual and also dba VENICE KUSH #C4645873; & also dba VENICE KUSH BRAND #C4784444, and also dba VENICEKUSH COMPANY entity #C4784346, a California Corporation; Lawrence Gutin as an individual and also dba OCEAN BLUE VENTURES, INC.; Randolph Bernard Jesus Orozco as an individual: and DOES 1- 100<br><br>Plaintiff(s), Counterclaim-Defendants,<br><br>v. | CASE NUMBER: 2:21-CV-7852-RGK-KS x<br><br>Three-Judge Court<br>NOTICE OF REMOVAL |

Page 1 of 4
NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES
DISTRICT COURT FOR THE CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| 1 | Hugo Moreno, as trustee on behalf of VENICEKUSH BUSINESS TRUST dba VENICEKUSH COLLECTIVE; Jason Abraham-El, as trustee on behalf of VENICEKUSH BUSINESS TRUST dba VENICEKUSH COLLECTIVE; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants, Counterclaim-Plaintiffs |

NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT COURT OF CALIFORNIA

TO: THE HONORABLE JUDGES OF THE COURT

Defendant, Hugo Moreno as a trustee of VENICEKUSH BUSINESS TRUST, shows to this Court:

1. A civil action was commenced and is now pending in the LOS ANGELES SUPERIOR COURT in which the above-named Jaime Moreno as individual and and also doing business as the following entities; LA CBD LLC, a California Limited Liability Company; and also dba AMERICAN CANNABIS COMPANY, a California Corporation; and also dba VENICE KUSH #C3747812, a suspended California Corporation; and also dba VENICEKUSH BRAND LLC entity #202100611073, a California Limited Liability Company is the plaintiff and as correctly restated here, Hugo Moreno as trustee of the VENICEKUSH BUSINESS TRUST and doing business as VENICEKUSH COLLECTIVE is the defendant.

2. This action is one over which this court has original jurisdiction under the provisions of 28 U.S.C.A. § 1332, and is one which may be

removed to this court by defendant pursuant to the provisions of 28 U.S.C.A. § 1441, in that it is a civil action wherein the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-five Thousand Dollars ($75,000).

3. The Central District Court of California has original and supplemental jurisdiction over Defendants, Counterclaim-Plaintiffs Venicekush Trustee's counterclaims because they arise under 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, and 1338(a) and (b) as well as other violations of Federal codes, and pursuant to the principles of supplemental jurisdiction under 28 U.S.C. § 1367(a) because they are so related to Plaintiff Jaime's claims that they form part of the same case or controversy under Article III of the United States Constitution.

4. This Notice is filed in this court within thirty (30) days after the receipt by defendant of a copy of the initial pleading setting forth the claimed relief upon which the action is based, and, therefore, the time for filing this Notice under the provisions of 28 U.S.C.A. § 1446(b) has not expired.

5. By removing the case to federal court, Defendant does not waive any available defenses or admit any of the allegations made in the plaintiff's state-court complaint with exceptions listed in defendants answer and counterclaim herewith and incorporated as reference as if set forth fully herein.

6. Written notice of the filing of this Notice has been given to all adverse parties as required by law.

7. A true and correct copy of this Notice will be filed with the Clerk of the Los Angeles Superior Court as provided by law.

8. There is attached a true and correct copy of all state court pleading in this action.

WHEREFORE, defendant prays that it may effect the removal of this action from the Los Angeles Superior Court, to this Court.

Defendant Hugo Moreno TTEE

By: *Hugo Moreno*
Hugo Moreno, Trustee
UCC 1-207/308, 1-103, 9-311