HUGO MORENO, TRUSTEE FOR VENICEKUSH
BUSINESS TRUST
JASON ABRAHAM-EL, TRUSTEE FOR VENICEKUSH
BUSINESS TRUST
2554 LINCOLN BLVD #412
VENICE, CALIFORNIA 90291
INFO@VENICEKUSH.COM

FILED
CLERK, U.S. DISTRICT COURT
OCT - 1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY KMH  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAIME MORENO ET AL.,

PLAINTIFF/PETITIONER,

v.

HUGO MORENO ET AL.

DEFENDANT(S).

CASE NUMBER

2:21-CV-7852-RGK-KSx

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, **HUGO MORENO**, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐ Yes  ☑ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. **HOMEBOY INDUSTRIES WITH VENICE 2000 @ 10/H IN 2009**

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   a. Business, profession or form of self-employment?    ☐ Yes  ☐ No
   b. Rent payments, interest or dividends?               ☐ Yes  ☐ No
   c. Pensions, annuities or life insurance payments?     ☐ Yes  ☐ No
   d. Gifts or inheritances?                              ☐ Yes  ☐ No
   e. Any other income (other than listed above)?         ☑ Yes  ☐ No
   f. Loans?                                              ☐ Yes  ☐ No

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: **RECEIVED CAL FRESH GENERAL RELIEF**

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? __2020__

   Approximately how much income did your last tax return reflect? __24,000/YEAR__

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   __NO__

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

__CALIFORNIA__  
State

__LOS ANGELES COUNTY__  
County (or City)

I, __HUGO MORENO__, declare under penalty of perjury that the foregoing is true and correct.

__[signature]__ __10-01-21__  
Date

__[signature]__  
Plaintiff/Petitioner (Signature)