JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jaime Moreno, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:21-cv-07852-RGK-KS |
| Hugo Moreno, | ORDER RE REQUEST TO PROCEED |
| DEFENDANT(S) | IN FORMA PAUPERIS |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____       _____
Date                                                United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☒ Other: Defendant purports to remove from Los Angeles Superior Court based on diversity jurisdiction, pursuant

Comments: to 28 U.S.C. § 1332, but all of the named parties are California residents – either California corporations or California limited liability Companies. The Notice of Removal does not identify any basis for federal subject matter jurisdiction.

Oct. 7, 2021                                    /s/ Karen L. Stevenson
Date                                                United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

- ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
- ☐ This case is hereby DISMISSED immediately.
- ☒ This case is hereby REMANDED to state court.

October 8, 2021                              /s/ Gary Klausner
Date                                                United States District Judge